AO 458 (Rev. 01/09)  Appearance

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>            -vs-                                 )<br>                                                            )<br>In RE: Contempt Proceedings Against    )<br>Daniel E. Carpenter, Jonathan Boothroyd, )<br>and SDM Holdings, LLC,              )<br>                                                            )<br>            Defendants.                  ) | No.  **MC-24-005-D** |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: June 28, 2024

                                                       s/ *David McCrary*
                                                       DAVID McCRARY
                                                       Assistant United States Attorney
                                                       Bar Number:  683086 (MA)
                                                       210 Park Avenue, Suite 400
                                                       Oklahoma City, Oklahoma 73102
                                                       (405) 553-8700 (Office)
                                                       (405) 553-8888 (Fax)
                                                       David.McCrary@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

s/ *David McCrary*
DAVID McCRARY
Assistant United States Attorney
