**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNIVERSITAS EDUCATION, LLC | 14-FJ-00005-HE |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| AVON CAPITAL, LLC, ET AL., | 2ND ORDER TO SHOW CAUSE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jonathan Boothroyd

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10 Tower Lane STE 100, Avon, CT 06001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Additional Address: 72 New Rd, Avon, CT 06001
Business: Tunxis Advisors, 35 Tower Ln, STE 101 Avon, CT (860) 323-0949
Personal Phone: 860-888-8815
DEADLINE TO SERVE: 07/16/2024

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

Lisa Minter, Deputy Clerk

TELEPHONE NUMBER: 405-609-5601
DATE: 6/27/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 64 | No. 14 | TULI BERRYHILL Digitally signed by TULI BERRYHILL Date: 2024.06.27 15:58:42 -06:00 | 6/27/2024 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Robert Cox - Attorney

Date: 7/3/24   Time: 1:06 ☐ am ☑ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy
#31574

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNIVERSITAS EDUCATION, LLC | 14-FJ-00005-HE |
| DEFENDANT | TYPE OF PROCESS |
| AVON CAPITAL, LLC, ET AL, | 2ND ORDER TO SHOW CAUSE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel E. Carpenter

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10 Tower Lane STE 100, Avon, CT 06001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service).

Home: 18 Pondside Ln, West Simsbury, CT 06092 (860) 651-0468
Business: Benistar 10 Tower Ln, Avon, CT (860) 408-7000

DEADLINE TO SERVE: 07/16/2024

| Signature of Attorney other Originator requesting service on behalf of ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Lisa Minter, Deputy Clerk | 405-609-5601 | 6/27/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 64 | No. 14 | TULI BERRYHILL  Digitally signed by TULI BERRYHILL Date 2024.06.27 16:19:13 -05:00 | 6/27/2024 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☑ pm |
|---|---|---|---|
| Robert Cox - Attorney | 7/3/24 | 1:04 | |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
#31574

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNIVERSITAS EDUCATION, LLC | 14-FJ-00005-HE |
| DEFENDANT | TYPE OF PROCESS |
| AVON CAPITAL, LLC, ET AL. | 2ND ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SDM HOLDINGS, LLC, a Connecticut limited liability company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10 Tower Lane, Avon, STE 100, Avon, CT 06001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Registered Agent for SDM Connecticut, Robert B. Cox, at 225 Asylum Street, Hartford, CT 06103 or 265 Church Street, STE 802, New Haven, CT 06510, (860) 297-4657 or (203) 672-5432

DEADLINE TO SERVE: 07/16/2024

Signature of Attorney other Originator requesting service on behalf of ☐ PLAINTIFF ☐ DEFENDANT
Lisa Mutter, Deputy Clerk
TELEPHONE NUMBER: 405-609-5601
DATE: 6/27/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 3
District of Origin: No. 64
District to Serve: No. 14
Signature of Authorized USMS Deputy or Clerk: TULI BERRYHILL (Digitally signed by TULI BERRYHILL, Date 2024.06.27 15:02:13 -05:00)
Date: 6/27/2024

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Robert Cox - Attorney

Date: 7/3/24
Time: 1:05 ☐ am ☑ pm

Signature of U.S. Marshal or Deputy: #31874

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Form USM-285
Rev 03/21