# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **United States of America,**    )<br>   )<br>   Plaintiff,    )<br>   )<br>   v.    )<br>   )<br>**In RE: Contempt Proceedings Against**    )<br>**Daniel E. Carpenter, Jonathan**    )<br>**Boothroyd, and SDM Holdings, LLC,**    )<br>   )<br>   Defendants.    ) | No. MC-24-0005-HE |

## ENTRY OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Dated: July 11, 2024

Respectfully Submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Scott Maule*
Scott Maule (OBA 31760)
Assistant United States Attorney
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8832/8700
scott.maule@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I electronically transmitted the attached document with the Clerk of the Court and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

Daniel E. Carpenter
18 Pondside Lane
West Simbury, CT 06092

 and

Johnathan Boothroyd
10 Tower Lane
Avon, CT 06001

                                                 *s/ Scott Maule*
                                                 Scott Maule
                                                 Assistant United States Attorney