IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   MC-24-0005-HE |
| | ) |
| IN RE: CONTEMPT PROCEEDINGS | ) |
| AGAINST DANIEL E. CARPENTER, | ) |
| JONATHAN BOOTHROYD, and SDM | ) |
| HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

To the United States District Court Clerk for the Western District of Oklahoma:

Please enter my appearance as Attorney of Record for the above named Defendant, SDM HOLDINGS, LLC.

Respectfully submitted.

MARTIN LAW OFFICE

_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone:   (405) 236-8888
Facsimile:   (405-236-8844
Email:  mack@martinlawoffice.net

CERTIFICATE OF SERVICE

      I hereby certify that on Monday, July 15, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

_____
Mack K. Martin

Z:\24FILES\2418\EOA_FED.002.docx