# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Case No. MC-24-005-D |
| In RE: Contempt Proceedings Against<br>Daniel E. Carpenter, Jonathan Boothroyd,<br>and SDM Holdings, LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>) | |

## UNOPPOSED REQUEST OF DEFENDANT JONATHAN BOOTHROYD FOR WAIVER OF APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, Jonathan Boothroyd hereby acknowledge that I am one of the Defendants named above and I have received a copy of the Order filed on June 27, 2024. [ECF No. 1] in the United States District Court for the Western District of Oklahoma, Case No. 14-FJ-00005-HE concerning an order to appear and show cause.

I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and I have the right to have the indictment or information, or order to appear and show cause read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure. I further understand I have the right to remain silent and if I choose not to remain silent then any statement I make may be used against me.

I have discussed the order to appear and show cause and the waiver of appearance at arraignment with my attorney and I fully understand the nature and substance of the show cause order, the maximum penalties I face if convicted, and my right to appear in person at arraignment. Understanding my rights, **I do hereby freely and voluntarily waive my right to**

**be present at my arraignment on the order to appear and show cause referenced above, and my right to have it read to me in open court.**

Counsel for Defendant Boothroyd is authorized to state that he has had contact with Mr. David McCrary, Assistant United States Attorney for the Western District of Oklahoma, counsel in this case and that Mr. McCrary does not object or opposed Mr. Boothroyd's request to waive his appearance at arraignment and his entry of a plea of not guilty. Counsel further understands that if said unopposed waiver of appearance and entry of a plea of not guilty is approved that counsel will still be required to appear at the scheduled arraignment.

As evidenced by my signature below, I do hereby enter my plea of **NOT GUILTY** to the order to appear and show cause and all other related charges.

_____
JONATHAN BOOTHROYD

WHEREFORE, counsel requests this Honorable Court to accept Mr. Boothroyd's unopposed waiver of appearance at arraignment and entry of a plea of not guilty.

Respectfully submitted

MARTIN LAW OFFICE

Mack K. Martin, OBA # 5738
125 Park Avenue
Fifth Floor
Oklahoma City, Oklahoma 73102
Telephone     (405) 236-8888
Facsimile     (405) 236-8844
Email: Mack@Martinlawoffice.net
Attorney for Defendant
Jonathan Boothroyd

## CERTIFICATE OF SERVICE

I certify that on the 15th day of July 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

Z:\24FILES\2418\WOA.001.docx