# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>In RE: Contempt Proceedings Against<br>Daniel E. Carpenter, Jonathan Boothroyd,<br>and SDM Holdings, LLC,<br>    Defendants. | Case No. MC-24-005-D |

## UNOPPOSED REQUEST OF DEFENDANT SDM HOLDINGS, LLC
## FOR WAIVER OF APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY

I, Jonathan Boothroyd, Manager for SDM Holdings, LLC hereby acknowledge that SDM Holdings, LLC is one of the Defendants named above and I, as Manager have received a copy of the Order filed on June 27, 2024. [ECF No. 1] in the United States District Court for the Western District of Oklahoma, Case No. 14-FJ-00005-HE concerning an order to appear and show cause.

I understand that SDM Holdings, LLC has the right to appear personally at the arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and I have the right to have the indictment or information, or order to appear and show cause read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure. I further understand I have the right to remain silent and if I choose not to remain silent then any statement I make may be used against me.

I have discussed the order to appear and show cause and the waiver of appearance at arraignment with my attorney and I fully understand the nature and substance of the show cause order, the maximum penalties I face if convicted, and my right to appear in person at arraignment. Understanding my rights, **I do hereby freely and voluntarily waive my right to**

1

be present at my arraignment on the order to appear and show cause referenced above, and my right to have it read to me in open court.

Counsel for SDM Holdings, LLC is authorized to state that he has had contact with Mr. David McCrary, Assistant United States Attorney for the Western District of Oklahoma, counsel in this case and that Mr. McCrary does not object or opposed SDM Holding, LLC's request to waive their appearance at arraignment and the entry of a plea of not guilty. Counsel further understands that if said unopposed waiver of appearance and entry of a plea of not guilty is approved that counsel will still be required to appear at the scheduled arraignment.

As evidenced by my signature below, I do hereby enter my plea of **NOT GUILTY** to the order to appear and show cause and all other related charges.

                                            JONATHAN BOOTHROYD, Manager for
                                            SDM Holdings, LLC

WHEREFORE, counsel requests this Honorable Court to accept SDM Holding. LLC's unopposed waiver of appearance at arraignment and entry of a plea of not guilty.

                                            Respectfully submitted

                                            MARTIN LAW OFFICE

                                            Mack K. Martin, OBA # 5738
                                            125 Park Avenue
                                            Fifth Floor
                                            Oklahoma City, Oklahoma 73102
                                            Telephone    (405) 236-8888
                                            Facsimile     (405) 236-8844
                                            Email: Mack@Martinlawoffice.net
                                            Attorney for Defendant
                                            SDM Holding, LLC

**CERTIFICATE OF SERVICE**

    I certify that on the 15th day of July 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*[signature]*

Z:\24FILES\2418\WOA.001.docx