# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>In RE: Contempt Proceedings Against  )<br>Daniel E. Carpenter, Jonathan Boothroyd, )<br>and SDM Holdings, LLC,　　　　　)<br>　　　Defendants.　　　　　　　)  | Case No. **5:24-mc-00005-HE** |

## ENTRY OF APPEARANCE

To the United States District Court Clerk for the Western District of Oklahoma:

Please enter my appearance as Attorney of Record for the above-named Defendant, DANIEL E. CARPENTER.

July 16, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Jeffrey R. Sandberg
　　　　　　　　　　　　　　　　　　　Jeffrey R. Sandberg, Texas Bar No. 00790051
　　　　　　　　　　　　　　　　　　　Palmer Lehman Sandberg, PLLC
　　　　　　　　　　　　　　　　　　　8350 North Central Expressway, Suite 1111
　　　　　　　　　　　　　　　　　　　Dallas, TX 75206
　　　　　　　　　　　　　　　　　　　Telephone: (214) 242-6444
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 265-1950
　　　　　　　　　　　　　　　　　　　E-mail: jsandberg@pamlaw.com
　　　　　　　　　　　　　　　　　　　(ADMITTED PRO HAC VICE)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey R. Sandberg