# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | | |
|---|---|---|
| In re:  Contempt Proceedings against<br>Daniel E. Carpenter, Johnathan Boothroyd<br>and SDM Holdings, | )<br>)<br>)<br>) | NO.  24-MC-00005-HE |

## CIVIL SHOW CAUSE HEARING

| **Judge Joe Heaton, Presiding** | Date and Time: **07/18/2024 @ 10:00 a.m. to 10:20 a.m.**<br>Total Time: 20 **minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | Cassy Kerr, Court Reporter |

| **Appearances of Counsel:** | **Appearances of Counsel for defendants:** |
|---|---|
| David McCrary, AUSA<br>Scott Maule, AUSA | Jeffrey Sandberg, Esq.<br>Mack Martin, Esq.<br>William Kennedy, Esq.<br>Amber Martin, Esq. |

**PROCEEDINGS**:  Show Cause hearing held on pursuant to the court's Order to Show Cause filed 06/27/2024 [Doc. #1].

**Hearing Type**:  ☐Oral Arguments; ☒ **Non-Evidentiary**; ☐ Evidentiary; ☐ Witness testimony heard;  ☐ Exhibits referenced; ☐ Other: _____.

**Proceedings**:  Counsel for the parties present.  Defendants enter their pleas of not guilty and waive their appearances at this hearing.  Court hears arguments from counsel.  The court sets this case for **trial on October 21, 2024**, before an assigned judge.  Defendants allowed to remain on their personal recognize pending trial.  Court Adjourned.