# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE CONTEMPT PROCEEDINGS ) <br> AGAINST DANIEL E. CARPENTER, ) <br> JONATHAN BOOTHROYD, and ) <br> SDM HOLDINGS, LLC, ) | NO. 24-mc-00005-HE |

## ORDER

On July 18, 2024, the undersigned conducted a hearing as to the June 27, 2024, Order to Show Cause [Doc. #26].  At the hearing, defendants Daniel Carpenter, Jonathan Boothroyd, and SDM Holdings, LLC, entered pleas of not guilty to the contempt charge.  Pursuant to Federal Rule of Criminal Procedure 42(a)(3), the contempt proceeding, now consisting of the filings in this No. 24-mc-0005, is transferred to **Chief Judge Timothy DeGiusti** for assignment to a different judge.

**IT IS SO ORDERED.**

Dated this 22nd day of July 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE