IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   MC-24-0005-GKF |
| | ) |
| IN RE: CONTEMPT PROCEEDINGS | ) |
| AGAINST DANIEL E. CARPENTER, | ) |
| JONATHAN BOOTHROYD, and SDM | ) |
| HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS JONATHAN BOOTHROYD'S AND SDM HOLDINGS,
LLC's NOTICE OF APPEAL – SEPTEMBER 12, 2024 ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jonathan Boothroyd ("Boothroyd") and SDM holdings, LLC, a Connecticut limited liability company ("SDM – CT") and hereby appeals to the United States Court of Appeals for the Tenth Circuit from and Order of the district court entered in this action on September 12, 2024. [ECF #37].

Respectfully Submitted,

MARTIN LAW OFFICE

_/s/ Mack K. Martin_
_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone:    (405) 236-8888
Facsimile:    (405-236-8844
Email: mack@martinlawoffice.net
Attorney for Defendant/Appellants
Jonothan Boothroyd and SDM Holdings,
LLC, a Connecticut limited liability co.

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, September 23, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

_____
Mack K. Martin

Z:\24FILES\2418\NOA.001.docx