IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | MC-24-0005-HE |
| IN RE: CONTEMPT PROCEEDINGS AGAINST DANIEL E. CARPENTER, JONATHAN BOOTHROYD, and SDM HOLDINGS, LLC, a Connecticut limited Liability company, | ) | |
| Defendants. | ) | |

**DEFENDANTS JONATHAN BOOTHROYD'S AND SDM HOLDINGS, LLC'S JOINDER IN DEFENDANT DAN CARPENTER'S MOTION TO TRANSFER VENUE, OR IN THE ALTERNATIVE TO DISMISS FOR IMPROPER VENUE**

COMES NOW, Defendant's Jonathan Boothroyd's ("Boothroyd") and SDM Holdings, LLC, a Connecticut limited liability company ("SDM-CT") and files this Joinder in the Motion to Transfer Venue, or to Dismiss for Improper Venue [ECF #39].

Boothroyd and SDM-CT join in the Motion to transfer venue or to dismiss for improper venue pursuant to Federal Rules of Criminal Procedure, Rule 12(b)(3)(A)(i). Boothroyd and SDM-CT adopt all arguments set forth in [ECF #39]

WHEREFORE Boothroyd and SDM-CT request this Honorable Court transfer this case to the District of Connecticut, or in the alternative, dismiss this matter for improper venue.

Respectfully submitted.

MARTIN LAW OFFICE

_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK 73102
Telephone: (405) 236-8888
Facsimile: (405-236-8844
Email: mack@martinlawoffice.net

CERTIFICATE OF SERVICE

    I hereby certify that on Monday, September 23, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

_____
Mack K. Martin