IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | MC-24-0005-HE |
| | ) | |
| IN RE: CONTEMPT PROCEEDINGS | ) | |
| AGAINST DANIEL E. CARPENTER, | ) | |
| JONATHAN BOOTHROYD, and SDM | ) | |
| HOLDINGS, LLC, a Connecticut limited | ) | |
| Liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS JONATHAN BOOTHROYD'S AND SDM HOLDINGS, LLC'S JOINDER IN DEFENDANT DAN CARPENTER'S DEMAND FOR JURY TRIAL

COMES NOW, Defendant's Jonathan Boothroyd's ("Boothroyd") and SDM Holdings, LLC, a Connecticut limited liability company ("SDM-CT") and files this Joinder in the Motion filed by Dan Carpenter for Jury Trial [ECF #40].

Boothroyd and SDM-CT join in the Motion for Jury trial based on the Sixth Amendment to the United States Constitution providing; "[i]n all criminal prosecutions, the accused shall enjoy the right to a speedy trial and public trial, by an impartial jury of the State and district wherein the crime shall have been committed . . . ."

In addition, Boothroyd and SDM-CT adopt all arguments set forth in [ECF #40] by Dan Carpenter.

WHEREFORE Boothroyd and SDM-CT request this Honorable Court schedule this matter for jury trial.

Respectfully submitted.

MARTIN LAW OFFICE

_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone:     (405) 236-8888
Facsimile:      (405) 236-8844
Email: mack@martinlawoffice.net

CERTIFICATE OF SERVICE

I hereby certify that on Monday, September 23, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

_____
Mack K. Martin