IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | MC-24-0005-GKF |
| | ) | |
| IN RE: CONTEMPT PROCEEDINGS | ) | |
| AGAINST DANIEL E. CARPENTER, | ) | |
| JONATHAN BOOTHROYD, and SDM | ) | |
| HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### UNOPPOSED MOTION TO CONTINUE JURY TRIAL
### BY JONATHAN BOOTHROYD, and SDM HOLDINGS, LLC.

COMES NOW, Jonathan Boothroyd and SDM Holdings, LLC and moves this Honorable Court for its order continuing the trial in the above styled cause currently scheduled for November 20, 2024, at 9:30 a.m. In furtherance thereof counsel would show this Court as follows, to-wit:

Counsel for Mr. Boothroyd and SDM Holdings, LLC has a conflict in trial schedule which makes him unavailable for trial in the above matter beginning November 20, 2024. Counsel is lead counsel in State v. Bali Reddy Sodam, CF-2022-410, pending in the State of Oklahoma, Comanche County District Court, in Lawton, Oklahoma. Dr. Sodam is accused by information of the offenses of Count 1: Sexual battery (21 O.S. §1123(B), and Count 2: Indecent Exposure (21 O.S. 1021(A)(1). This matter has been pending for approximately two years and has been scheduled for jury trial beginning Monday, November 18, 2024, at 9:00 a.m. This matter has been continued twice in the past by the Court. This case was specifically set by the Court on September 27, 2024, for jury trial beginning November 18, 2024. It is anticipated that the trial will last 4 to 5 days.

Immediately upon learning of the specific conflicting trial date counsel contact counsel for the government and counsel for Mr. Carpenter, the co-Defendant in this matter and advised of this conflict.  Counsel for the government does not oppose the requested continuance, but because of conflicts in their trial schedule request that this matter be reset for trial the month of February 2025.  Counsel for Mr. Carpenter likewise does not object to the requested continuance and further agrees with resetting trial for February 2025.

Counsel for Mr. Boothroyd and SDM Holdings, LLC does not oppose a February trial date in 2025, however, counsel is currently scheduled for jury trial beginning February 3 through February 7, 2025.  State v. Jason May, CF-2023-23, State of Oklahoma, Carter County, Ardmore, Oklahoma.  Other than the dates outlined above, counsel can be available for trial in this matter during the month of February, 2025.

Attached with this Motion to Continue Jury Trial are Defendant, Jonathan Boothroyd's and Defendant SDM Holdings, LLC waiver of the provisions of the Speedy Trial Act for purposes to this Motion.  The Defendants specifically requests that the Court find that the ends of justice served by granting the continuance and outweigh the interest of the public and the Defendant in a speedy trial.

WHEREFORE, for the reasons set forth above relating to counsel's conflict in trial schedule, counsel requests this Honorable Court reset the trial in the above styled matter for trial in February 2025 excluding the dates of February 3 through February 7, 2025.

Respectfully submitted.

MARTIN LAW OFFICE

_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone:     (405) 236-8888
Facsimile:      (405-236-8844
Email: mack@martinlawoffice.net
Attorney for Jonathan Boothroyd
and SMD Holding, LLC

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, October 8, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

_____
Mack K. Martin

Files2\24FILES\2418\UMTCJT.001.docx