# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

In RE: Contempt Proceedings Against
Daniel E. Carpenter, Jonathan
Boothroyd, and SDM Holdings, LLC

Case No. 24-MC-00005-GKF

## ORDER

The Motion to Continue Jury Trial of Jonathan Boothroyd and SDM Holdings, LLC [Doc. 49] is denied without prejudice for failure to comply with the requirements of the General Order Regarding Scheduling Conflicts filed May 21, 1998 by the United States Court of Appeals for the Tenth Circuit as 10th Cir. R. Appx. B, W.D. Okla. G.O. 98-4, and the Guidelines for Resolving Scheduling Conflicts with Oklahoma State Courts and Oklahoma Federal Courts, 1998 OK 117 (1998).

DATED this 9th day of October, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE