**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

www.okwd.uscourts.gov

**JOAN KANE**
CLERK

**SHANNON M. SHOULDERS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

October 25, 2024

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE:  24-6208; MC-24-5; FJ-14-5; In re: Contempt Proceedings Against Carpenter, et al

Dear Mr. Wolpert:

Notice is hereby given that

- [ ] no transcripts are necessary; or
- [ ] transcripts are already on file; or
- [x] transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

JOAN KANE, COURT CLERK


by: __s/ E. Wilkinson__
       Case Administrator


cc: Counsel of Record