IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In RE: Contempt Proceedings Against Daniel E. Carpenter, Jonathan Boothroyd, and SDM Holdings, LLC | Case No. 24-MC-00005-GKF |

## ORDER

Before the Court is the Defendant, Jonathan Boothroyd and SDM Holdings, LLC's Notice of Scheduling Conflict with Oklahoma State Court and Oklahoma Federal Court and Motion for Continuance of Trial. [Doc. 56]. For the reasons set forth herein, the Motion is **GRANTED**.

## BACKGROUND

On July 18, 2024, Mr. Boothroyd and SDM Holdings, LLC appeared for initial appearance on the Order to Show Cause and entered pleas of not guilty. Thereafter the Court scheduled this matter for trial on October 21, 2024. [Doc. 26]. The matter was reassigned to this Court and trial was reset for November 20, 2024. [Doc. 29].

Thereafter, counsel for Mr. Boothroyd and SDM Holdings filed the instant Notice of Scheduling Conflict and Unopposed Motion to Continue Jury Trial [Doc. 56] due to a conflict in trial counsel's trial schedule making him unavailable for both trials currently scheduled. Counsel has complied with the Guidelines for Resolving Scheduling Conflicts with Oklahoma Federal Courts and State Courts as required by General Order 98-4 of the United States District Court for the Western District of Oklahoma.

Counsel further advised that he had visited with the Assistant United States Attorneys assigned to prosecute this matter and counsel for Mr. Carpenter and neither opposes the Court's continuing the jury trial to the Court's February 2025 trial docket due to their own trial conflicts.

For the reasons set forth in the Notice of Scheduling Conflict and the Unopposed Motion to Continue and those set forth in this order, the Court hereby finds good cause to grant the Unopposed Motion to Continue Trial in the above-styled case.

Accordingly, the Court **CONTINUES** trial in this matter to February 12, 2025.

IT IS SO ORDERED this 28th day of October, 2024.

_____
**GREGORY K. FRIZZELL**
UNITED STATES DISTRICT JUDGE